**TESSER | GROSSMAN LLP**
11990 San Vicente Boulevard, Suite 300
Los Angeles, California 90049
Telephone: (310) 207-4558
BRANDON M. TESSER (SBN 168476)
brandon@tessergrossman.com
ROBERT PAREDES (SBN 255329)
robert@tessergrossman.com
Attorneys for Plaintiff,
ELOHIM EPF USA, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELOHIM EPF USA, INC., a California Corporation, <br><br> Plaintiff, <br> vs. <br><br> LF INVESTMENT LLC. dba BEAT KARAOKE, a Nevada limited liability company; LEXY LIANHUA FANG, an individual; and DOES 1 through 20, inclusive <br><br> Defendants. | Case No.: 2:25-cv-02367-BNW <br><br> [Hon. Brenda Weksler] <br><br> **NOTICE OF CORRECTED DOCUMENT/IMAGE** <br><br> Complaint Filed: November 26, 2025 |

Elohim EPF USA, Inc. ("Elohim"), hereby gives notice that it is filing a corrected version of the Stipulation for Dismissal, originally filed on February 11, 2026 as ECF No. 16.

The corrected version is being filed because the previously uploaded document included additional pages beyond the stipulation itself. The attached document is the complete and accurate version of the filing and is intended to replace the prior submission in its entirety.

Dated: February 11, 2026

TESSER | GROSSMAN LLP
BRANDON M. TESSER
ROBERT PAREDES

_____
ROBERT PAREDES
Attorneys for Plaintiff,
ELOHIM EPF USA, INC.

**TESSER | GROSSMAN LLP**
11990 San Vicente Boulevard, Suite 300
Los Angeles, California 90049
Telephone: (310) 207-4558
BRANDON M. TESSER (SBN 168476)
brandon@tessergrossman.com
ROBERT PAREDES (SBN 255329)
robert@tessergrossman.com
Attorneys for Plaintiff,
ELOHIM EPF USA, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELOHIM EPF USA, INC., a California Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>LF INVESTMENT LLC. dba BEAT KARAOKE, a Nevada limited liability company; LEXY LIANHUA FANG, an individual; and DOES 1 through 20, inclusive<br><br>        Defendants. | Case No.: 2:25-cv-02367-BNW<br>[Hon. Brenda Weksler]<br><br>**STIPULATION RE: DISMISSAL FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed: November 26, 2025 |

## STIPULATION FOR CONDITIONAL DISMISSAL

**WHEREAS**, plaintiff Elohim EPF USA, Inc. ("Elohim") has reached a settlement with defendants LF INVESTMENT LLC d/b/a BEAT Karaoke ("BEAT") and LEXY LIANHUA FANG ("Fang") (collectively, BEAT and Fang are the "Defendants").

**WHEREAS**, the terms of the settlement are embodied in a written Settlement Agreement and require a total of fifteen (15) payments from Defendants, with the initial payment due on February 1, 2026 ("First Settlement Payment"), and subsequent monthly payments due on or before the 1st of each

month (the "Monthly Payments") with the final payment due on or before April 1, 2027.

**WHEREAS**, per the Settlement Agreement, in the event of an uncured payment default by Defendants, Elohim has the right to either: (i) file a Stipulated Judgment for any unpaid balances due under the Settlement Agreement and Stipulated Judgment; or (ii) declare the settlement void and reinstate the action against Defendants.

Accordingly, the parties respectfully request that the Court dismiss the action as to BEAT and Fang with prejudice, subject to the Court's retention of jurisdiction to enforce the terms of the Settlement Agreement pursuant to the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-382 (1994). This Stipulation for Dismissal is expressly conditioned upon the Court's reservation of jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO STIPULATED.**

Dated: January 29, 2026

TESSER | GROSSMAN LLP
BRANDON M. TESSER
ROBERT PAREDES

_____
ROBERT PAREDES
Attorneys for Plaintiff,
ELOHIM EPF USA, INC.

Dated: January 29, 2026

LEXY LIANHUA FANG

_____
LEXY LIANHUA FANG
Defendant in Pro Per

Dated: January 29, 2026

LF INVESTMENT LLC dba BEAT Karaoke

_____
LEXY LIANHUA FANG
Managing Member of Defendant LF Investment LLC dba BEAT Karaoke

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 12, 2026

## ECF SIGNATURE ATTESTATION

All other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 29, 2026                    TESSER | GROSSMAN LLP

By: _____

                    Robert Paredes

**STIPULATION RE: DISMISSAL**
- 4 -